**United States Bankruptcy Court**
District of Kansas

**IN RE:** Masterson, Ty A ____________________ Case No. ____________
Chapter 7 ____________

Debtor(s)

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

______________________________________________________________________

______________________________________________________________________.

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on December 21, 2010 ____________ (date) by

____________________ (debtor)

**United States Bankruptcy Court**
District of Kansas

IN RE: Masterson, Marlo E ______________________ Case No. ______________
Chapter 7 ______________

Debtor(s)

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

______________________________________________________________

______________________________________________________________

.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on December 21, 2010 ______________ (date) by

[signature] ______________ (debtor)

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $89.96 |
| **Pay Begin Date:** | 05/16/2010 |
| **Pay End Date:** | 05/29/2010 |
| **Check Date:** | 06/11/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators |
| | Andover, KS 67002 | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $84.23 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 438.38 | 111.42 | 18.12 | 330.30 | 89.96 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Leg Pay | 1.00 | 84.230000 | 84.23 |
| **Total:** | **1.00** | | **438.38** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 3.44 |
| Fed OASDI/EE | 14.68 |
| **Total:** | **18.12** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 125.49 |
| FSAHealth | 45.00 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.50 |
| Work Comp | 0.59 |
| MedNTUDisc | 288.61 |
| Dental | 17.92 |
| TrmLifeIns* | 3.34 |

Case 10-14269 Doc# 3 Filed 12/22/10 Page 3 of 30

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 237.49 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **330.30** | **Total:** | | **Total:** | **553.03** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3271731 | Checking | [redacted] | 89.96 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:** State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $12.17

**Pay Begin Date:** 05/30/2010

**Pay End Date:** 06/12/2010

**Check Date:** 06/25/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators |
| | Andover, KS 67002 | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $84.23 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 27.19 | 11.68 | 330.30 | 12.17 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| **Total:** | | | **354.15** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 2.21 |
| Fed OASDI/EE | 9.47 |
| **Total:** | **11.68** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 125.49 |
| FSAHealth | 45.00 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.47 |
| MedNTUDisc | 288.61 |
| Dental | 17.92 |
| TrmLifeIns* | 3.34 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 237.49 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **330.30** | **Total:** | | **Total:** | **552.43** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3294393 | Checking | [illegible] | 12.17 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $9.62

**Pay Begin Date:** 06/13/2010

**Pay End Date:** 06/26/2010

**Check Date:** 07/09/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators |
| | Andover, KS 67002 | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 24.76 | 11.69 | 332.84 | 9.62 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 2.22 |
| Fed OASDI/EE | 9.47 |
| **Total:** | **11.69** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

## After Tax Deductions

| Description | Amount |
|---|---|

## Employer Paid Benefits

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|---|
| Direct Deposit | 3316750 | Checking | [illegible] | 9.62 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $9.62 |
| **Pay Begin Date:** | 06/27/2010 |
| **Pay End Date:** | 07/10/2010 |
| **Check Date:** | 07/23/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | | |
|---|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU | |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day | |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators | |
| | Andover, KS 67002 | **Location:** | Capitol Building | |
| | | **Job Title:** | Senator | |
| | | **Pay Rate:** | $88.66 | Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 24.76 | 11.69 | 332.84 | 9.62 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 2.21 |
| Fed OASDI/EE | 9.48 |
| **Total:** | **11.69** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

## After Tax Deductions

| Description | Amount |
|---|---|

## Employer Paid Benefits

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3339309 | Checking | [redacted] | 9.62 |

Case 10-14269 Doc# 3 Filed 12/22/10 Page 10 of 30

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $9.62

**Pay Begin Date:** 07/11/2010
**Pay End Date:** 07/24/2010
**Check Date:** 08/06/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 354.15 | 24.76 | 11.69 | 332.84 | 9.62 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 2.22 |
| Fed OASDI/EE | 9.47 |
| **Total:** | **11.69** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

## After Tax Deductions

| Description | Amount |
|---|---|

## Employer Paid Benefits

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3361830 | Checking | [illegible] | 9.62 |

Case 10-14269 Doc# 3 Filed 12/22/10 Page 12 of 30

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $9.63 |
| **Pay Begin Date:** | 07/25/2010 |
| **Pay End Date:** | 08/07/2010 |
| **Check Date:** | 08/20/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | | |
|---|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU | |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day | |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators | |
| | Andover, KS 67002 | **Location:** | Capitol Building | |
| | | **Job Title:** | Senator | |
| | | **Pay Rate:** | $88.66 | Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 24.76 | 11.68 | 332.84 | 9.63 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 2.21 |
| Fed OASDI/EE | 9.47 |
| **Total:** | **11.68** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3384438 | Checking | [redacted] | 9.63 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $9.61

**Pay Begin Date:** 08/08/2010
**Pay End Date:** 08/21/2010
**Check Date:** 09/03/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 24.76 | 11.70 | 332.84 | 9.61 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 2.22 |
| Fed OASDI/EE | 9.48 |
| **Total:** | **11.70** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

## After Tax Deductions

| Description | Amount |
|---|---|

## Employer Paid Benefits

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3407217 | Checking | 6208[illegible] | 9.61 |

Case 10-14269 Doc# 3 Filed 12/22/10 Page 16 of 30

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $173.38

**Pay Begin Date:** 08/22/2010
**Pay End Date:** 09/04/2010
**Check Date:** 09/17/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 531.47 | 202.08 | 25.25 | 332.84 | 173.38 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Leg Pay | 2.00 | 88.660000 | 177.32 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | **2.00** | | **531.47** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 4.79 |
| Fed OASDI/EE | 20.46 |
| **Total:** | **25.25** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 3.03 |
| Work Comp | 1.12 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |

| | | | | | |
|---|---|---|---|---|---|
| FSAHealth | 45.00 | | | TrmLifeIns | 32.01 |
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **625.90** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3430184 | Checking | [illegible] | 173.38 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $9.62 |
| **Pay Begin Date:** | 09/05/2010 |
| **Pay End Date:** | 09/18/2010 |
| **Check Date:** | 10/01/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 24.76 | 11.69 | 332.84 | 9.62 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.45 |
| **Total:** | | | **354.15** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 2.21 |
| Fed OASDI/EE | 9.48 |
| **Total:** | **11.69** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 128.03 |
| FSAHealth | 45.00 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 242.29 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **332.84** | **Total:** | | **Total:** | **624.52** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3453498 | Checking | 620XXX38 | 9.62 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $5.61

**Pay Begin Date:** 09/19/2010
**Pay End Date:** 10/02/2010
**Check Date:** 10/15/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 20.94 | 11.70 | 336.84 | 5.61 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.63 |
| **Total:** | | | **354.15** |

## Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 2.22 |
| Fed OASDI/EE | 9.48 |
| **Total:** | **11.70** |

## Before-Tax Deductions

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 132.03 |
| FSAHealth | 45.00 |

## After Tax Deductions

| Description | Amount |
|---|---|

## Employer Paid Benefits

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 33.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 249.87 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **336.84** | **Total:** | | **Total:** | **633.10** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3477114 | Checking | [illegible] | 5.61 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $194.75 |
| **Pay Begin Date:** | 10/03/2010 |
| **Pay End Date:** | 10/16/2010 |
| **Check Date:** | 10/29/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | | |
|---|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU | |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day | |
| **Address:** | PO Box 424 | **Department:** | 4280100006 - Senators | |
| | Andover, KS 67002 | **Location:** | Capitol Building | |
| | | **Job Title:** | Senator | |
| | | **Pay Rate:** | $88.66 | Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 225.75 | 27.37 | 132.03 | 194.75 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.63 |
| **Total:** | | | **354.15** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 5.19 |
| Fed OASDI/EE | 22.18 |
| **Total:** | **27.37** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| KPERSLeg | 132.03 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| TrmLifeIns | 32.01 |
| KPERSLeg | 249.87 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | * Taxable | |
| **Total:** | **132.03** | **Total:** | | **Total:** | **284.65** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3500654 | Checking | [illegible] | 194.75 |

Case 10-14269 Doc# 3 Filed 12/22/10 Page 24 of 30

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $5.60 |
| **Pay Begin Date:** | 10/17/2010 |
| **Pay End Date:** | 10/30/2010 |
| **Check Date:** | 11/12/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 20.94 | 11.71 | 336.84 | 5.60 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Tax Gr Lf | | | 3.63 |
| **Total:** | | | **354.15** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 2.22 |
| Fed OASDI/EE | 9.49 |
| **Total:** | **11.71** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 132.03 |
| FSAHealth | 45.00 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.02 |
| Work Comp | 0.75 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |
| TrmLifeIns | 32.01 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | KPERSLeg | 249.87 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **336.84** | **Total:** | | **Total:** | **632.10** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3524167 | Checking | [redacted] | 5.60 |

New Window |

# View Paycheck

Ty A Masterson
Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

| | |
|---|---|
| **Net Pay:** | $87.49 |
| **Pay Begin Date:** | 10/31/2010 |
| **Pay End Date:** | 11/13/2010 |
| **Check Date:** | 11/24/2010 |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

**General**

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 442.81 | 109.60 | 18.48 | 336.84 | 87.49 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Leg Allow | | | 354.15 |
| Leg Pay | 1.00 | 88.660000 | 88.66 |
| Tax Gr Lf | | | 3.63 |
| **Total:** | **1.00** | | **442.81** |

**Taxes**

| Description | Amount |
|---|---|
| Fed MED/EE | 3.50 |
| Fed OASDI/EE | 14.98 |
| **Total:** | **18.48** |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| MedNTUDisc | 137.48 |
| Dental | 12.17 |
| Vision | 10.16 |
| KPERSLeg | 132.03 |

**After Tax Deductions**

| Description | Amount |
|---|---|

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| StateLeave | 2.52 |
| Work Comp | 0.93 |
| MedNTUDisc | 324.70 |
| Dental | 20.17 |

| | | | | | |
|---|---|---|---|---|---|
| FSAHealth | 45.00 | | | TrmLifeIns | 32.01 |
| | | | | KPERSLeg | 249.87 |
| | | | | FSAHealth | 2.58 |
| | | | | * Taxable | |
| **Total:** | **336.84** | **Total:** | | **Total:** | **632.78** |

**Net Pay Distribution**

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|---|
| Direct Deposit | 3547627 | Checking | [illegible] | 87.49 |

New Window |

# View Paycheck

Ty A Masterson

Hide

**Company:**
State of Kansas

**Address:**
900 SW Jackson St
Landon Bldg-Rm 351S
Topeka, KS 666121220

**Net Pay:** $5.61

**Pay Begin Date:** 11/14/2010

**Pay End Date:** 11/27/2010

**Check Date:** 12/10/2010

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Ty A Masterson | **Business Unit:** | SOKBU |
| **Employee ID:** | K0000198899 | **Pay Group:** | Non Exempt 7-day |
| **Address:** | PO Box 424<br>Andover, KS 67002 | **Department:** | 4280100006 - Senators |
| | | **Location:** | Capitol Building |
| | | **Job Title:** | Senator |
| | | **Pay Rate:** | $88.66 Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **KS Marital Status:** | Joint (married and spouse does not work) |
| **Fed Allowances:** | 7 | **KS Allowances:** | 7 |
| **Fed Addl Percent:** | 0.000 | **KS Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **KS Addl Amount:** | $0.00 |

Hide

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 354.15 | 20.94 | 11.70 | 336.84 | 5.61 |
| **YTD** | 15,222.55 | 7,392.90 | 848.78 | 9,617.30 | 4,756.47 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Leg Allow | | | 354.15 | 6,728.85 |
| Tax Gr Lf | | | 3.63 | 42.30 |
| Leg Pay | | | | 8,493.70 |
| **Total:** | | | **354.15** | **15,222.55** |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed MED/EE | 2.22 | 153.68 |
| Fed OASDI/EE | 9.48 | 657.10 |
| KS Withholdng | | 38.00 |
| **Total:** | **11.70** | **848.78** |

## Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| MedNTUDisc | 137.48 | 3,162.04 |

## After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Garnishment-Writ | | 1,701.16 |

## Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| StateLeave | 2.02 | 86.80 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dental | 12.17 | 279.91 | | | | Work Comp | 0.75 | 23.86 |
| Vision | 10.16 | 233.68 | | | | MedNTUDisc | 324.70 | 7,035.02 |
| KPERSLeg | 132.03 | 3,205.51 | | | | Dental | 20.17 | 436.91 |
| FSAHealth | 45.00 | 1,035.00 | | | | TrmLifeIns | 32.01 | 609.19 |
| | | | | | | TrmLifeIns* | | 44.19 |
| | | | | | | KPERSLeg | 249.87 | 6,066.35 |
| | | | | | | FSAHealth | 2.58 | 59.34 |
| | | | | | | * Taxable | | |
| **Total:** | **336.84** | **7,916.14** | **Total:** | | **1,701.16** | **Total:** | **632.10** | **14,361.66** |

**Net Pay Distribution**

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amount** |
|---|---|---|---|---|
| Direct Deposit | 3571186 | Checking | [redacted] | 5.61 |