UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

TY A. MASTERSON
MARLO E. MASTERSON

Debtors

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. 10-14269
Chapter 7

To: **City of Augusta, Kansas**
**Bill Keefer, City Manager**
**PO Box 489**
**Augusta, KS 67010**

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above bankruptcy proceeding.

PLACE

DATE AND TIME:

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above bankruptcy proceeding.

PLACE

DATE AND TIME

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of all written documentation, written communication, memorandum, payment history, cash receipt logs, lease agreements, contractual obligations and documentation concerning a 12,000 sq ft building on the Augusta airport pertaining to RDTAG and copies of all written documentation, written communication, memorandum, payment history, cash receipt logs, lease agreements, contractual obligations and documentation concerning a second roundtop building of approximately 9,000 sq. ft. pertaining to NAIR.

PLACE Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202

DATE AND TIME May 13, 2011 at 4:00 p.m.

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES

DATE AND TIME

Any subpoenaed organization not a panty to this bankruptcy proceeding shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed.R.Civ.P. 30{b)(6) made applicable in bankruptcy proceedings by Rule 7030, Fed.R.Bankr.P.

ISSUING OFFICER'S SIGNATURE AND TITLE

Edward J. Nazar, #09845

DATE 4/13/11

ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER
Edward J. Nazar
Redmond & Nazar, L.L.P.
245 North Waco, Suite 401
Wichita, KS 67202-1117
316-262-8361

## PROOF OF SERVICE

DATE SERVED:

April 13, 2011

PLACE PO Box 489
Augusta, KS 67010

SERVED ON (PRINT NAME)

City of Augusta
Bill Keefer, City Manager

MANNER OF SERVICE

First Class Mail - Certified - Return Receipt Requested

SERVED BY (PRINT NAME)

Rhonda Kane

TITLE

Legal Assistant to Edward J. Nazar

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 13th day of April, 2011.

x Rhonda Kane
**SIGNATURE OF SERVER**

Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202-1117
ADDRESS OF SERVER

Rule 45, Fed.R.Civ. P., Parts (c) & (d) made applicable in cases under the Bankruptcy code by Rule 9016. Fed.R.Bankr.P.

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's tee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, paper, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance it such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any oral) of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be en- tilted to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance

(ii) requires a person who is not a party or an officer of a party to travel to a placemore than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to theprovisions of clause (C)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(3)(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall to supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to Contest the claim.