IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:                              )
                                    )
TY A. MASTERSON and                 )        Bankruptcy No. 10-14269
MARLO E. MASTERSON,                 )        Chapter 7
                    Debtors.        )
_____ )

## MOTION TO REOPEN

**COMES NOW** the Debtors Ty A Masterson and Marlo E Masterson, and move the Court

for an Order allowing them to reopen the above case. In support of their Motion, Movant shows the

Court as follows:

1. Debtors need to reopen their bankruptcy to file an application to avoid judgment liens that

   impair their homestead exemption.

   **WHEREFORE**, Debtor prays for an Order of the Court allowing the case to be reopened

and so that an application to avoid judgment liens can be filed and for other such relief as the Court

deems just and proper.

KENNEDY & WILLIS

/s/Jeffrey L. Willis
Jeffrey L. Willis, #10327
727 N. Waco, Suite 585
Wichita, Kansas 67203
Telephone:  (316) 263-4921
Facsimile:  (316) 263-0045
E-Mail:  jeff@jkdwlaw.com

## CERTIFICATE OF MAILING

I hereby certify that on this 29th day of July, 2014, I electronically filed the above and foregoing
*Motion to Reopen* with the Court using the CM/ECF system which sent notification to all parties of
interest participating in the CM/ECF system.

/s/ Jeffrey L. Willis
Jeffrey L. Willis